## CHEATHAM V. BROWN.

(Decided June 7, 1911. Rehearing denied June 11, 1911.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. A. COLEMAN.

G. M. EDMONDS, for appellant. STALLINGS & DREN-
NEN, for appellee.

Per Curiam.—Motion granting new trial is affirmed.

---

## BARRENTINE V. THE STATE.

(Decided June 13, 1911.)

APPEAL from Walker circuit court.

Heard before Hon. J. D. ACUFF, Special Judge.

No counsel marked for appellant. R. C. BRICKELL,
Attorney General, for the State.

DE GRAFFENRIED, J.—Affirmed for want of error in
the record.

---

## BERRY V. THE STATE.

(Decided June 7, 1911.)

APPEAL from Jefferson Criminal court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. R. C. BRICKELL,
Attorney General, for the State.

PELHAM, J.—No error appears of record and there
is no bill of exceptions. Affirmed.